# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
FOR CIVIL BUSINESS



To the Sheriffs of our Several Counties, or their Deputies, ~~or to any Constable of our City of Boston~~,

GREETING:

WHEREAS JENNIFER M. CARRION,

~~of Boston, within our County of Suffolk,~~

by the consideration of our Justices of our Superior Court, holden at Boston, for and within our County of Suffolk, aforesaid, to wit, on the seventeenth day of April A.D. 20 15, recovered judgment ~~against~~ after rescript against D'ANGELO & HASHEM, LLC

~~of said Boston,~~

**Civil Action No. 07-2073**

**$185,592.71**

**$185,592.71**

for the sum of one hundred eighty-five thousand five hundred ninety-two dollars and seventy-one cents, damages, and ———— dollars and ———— cents, costs of suit, as to us appears of record, whereof execution remains to be done on this, the first execution:

*Interest after 07/16/16 in the sum of $4,874.90 included in Writ of Execution Rule 54(F)

We command you, therefore, that of the goods, chattels, or lands of the said judgment debtor, within your precinct, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, the aforesaid sums, being 185,592 dollars and 71 cents, in the whole, with interest thereon from said day of the ~~rendition of said judgment~~ issuance of execution, and thereof also to satisfy yourself for your own fees; ~~and for want of goods, chattels, or lands of the said judgment debtor to be by shown unto you, or found within your precinct to the acceptance of the said judgment creditor to satisfy the sums aforesaid with interest as aforesaid we command you to take the bod of the said judgment debtor, and commit unto our jail in Boston, in our County of Suffolk, or any jail in your precinct aforesaid, and detain in your custody within our jail, until pay the full sums above mentioned with your fees, or that be discharged by the said judgment creditor, or otherwise, by order of law.~~

Hereof fail not, and make return of this writ with your doings thereon into the clerk's office of our said Court, at Boston within our County of Suffolk, within twenty years after the date of the said judgment, or within ten days after this writ has been satisfied or discharged.

Witness, Judith Fabricant, Esquire, at Boston, the sixth day of October, in the year of our Lord two thousand and sixteen

_____ Clerk/~~Magistrate~~

FORM CIV. P. 74 1M - 1/15

11365

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 07-2073

Jennifer M. Carrion, _____, Plff(s).

v.

D'Angelo & Hashem, LLC, _____, Deft(s).

**EXECUTION**
(Mass. R. Civ. P. 69)

May, 2035

Wendy Kaplan, Esquire

ATTORNEY(S)

Common 20 yrs.