# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
FOR CIVIL BUSINESS



*To the Sheriffs of our Several Counties, or their Deputies,* ~~or to any Constable of our City of Boston~~,
GREETING:

WHEREAS  JENNIFER M. CARRION,......................................................

..........................................................................................................

~~of Boston, within our County of Suffolk,~~..........................................................

by the consideration of our Justices of our Superior Court, holden at Boston, for and within our County of Suffolk, aforesaid, to wit, on the ....**seventh**.... day of **May** A.D. 20 15, recovered judgment against SABA HASHEM and D'ANGELO & HASHEM, LLC Jointly and Severally,

Civil Action No. 07-2073

~~of said Boston,~~.......................................................................................

..........................................................................................................

$61,909.71

for the sum of — — — — — sixty-one thousand nine hundred nine — — — — — dollars and — — — seventy-one — — cents, damages, and ————————— dollars and ————————— cents, costs of suit, as to us appears of record, whereof execution ~~remains to be done on this, the~~ .......**first**........ execution:..................

$62,909.71

*Interest after Judgment in the sum of $834.60 included in Writ of Execution Rule 54(F)

We command you, therefore, that of the goods, chattels, or lands of the said judgment debtor, within your precinct, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, the aforesaid sums, being — —61,909— — dollars and — — —71— — — cents, in the whole, with interest thereon from said day of the ~~rendition of said judgment~~ issuance of execution, and thereof also to satisfy yourself for your own fees; ~~and for want of goods, chattels, or lands of the~~ said judgment debtor to be by shown unto you, or found within your precinct to the acceptance of the said judgment creditor to satisfy the ~~sums~~ aforesaid with interest as aforesaid we command you to take the *bod* ~~of the said~~ judgment debtor, and commit unto our jail in Boston, in our ~~County~~ of Suffolk, or any jail in your precinct aforesaid, and detain in your ~~custody~~ within our jail, until pay the full sums above mentioned with your ~~fees, or that~~ be discharged by the said judgment creditor, or otherwise, by order of law. Hereof fail not, and make return of this writ with your doings thereon into the clerk's office of our said Court, at Boston within our County of Suffolk, within twenty years after the date of the said judgment, or within ten days after this writ has been satisfied or discharged.

Witness, Judith Fabricant, Esquire, at Boston, the ....**twelfth**.................... day of......**June**............., in the year of our Lord two thousand ..**and fifteen**................

*Michael Joseph Donovan* ....... Clerk/Magistrate

FORM CIV. P. 74  1M - 1/15

11346

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 07-2073

Jennifer M. Carrion, _____, Plff(s).

v.

Saba Hashem and D'Angelo & Hashem, LLC, Deft(s).
Jointly and severally

EXECUTION
(Mass. R. CIV. P. 69)

May, 2035

ATTORNEY(S)

Michaela C. May, Esquire

Common 20 yrs.