UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually, and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC. | * * * * | |
| Defendants. | * * | |

ORDER

July 27, 2017

TALWANI, D.J.

Before the court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 13) Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) [#21]. The docket entry indicates that the motion was filed by Defendants Stephen D'Angelo, D'Angelo Law Group, LLC, and D'Angelo and Hashem, LLC. However, defense counsel signed the motion on behalf of only Stephen D'Angelo and D'Angelo Law Group, LLC. By no later than August 3, 2017, Counsel shall clarify whether D'Angelo and Hashem, LLC, is a party to the motion to dismiss.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge