UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| Saba Hashem, individually and as Manager of D'Angelo & Hashem, LLC,<br>    Plaintiff/Intervention-Defendant<br><br>v.<br><br>Stephen D'Angelo, individually and as a Manager of D'Angelo & Hashem, LLC, and D'Angelo Law Group; D'Angelo & Hashem, LLC; and D'Angelo Law Group, LLC.<br><br>    Defendants/Intervention-Defendants,<br><br>v.<br><br>Jennifer M. Carrion,<br>    Intervention-Plaintiff, | No. 1:16-cv-12383-IT |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Jennifer M. Carrion in the above-referenced matter.

Respectfully Submitted,

/s/ Mernaysa Rivera-Bujosa
Mernaysa Rivera Bujosa, Esq. BBO #665965
Rivera-Bujosa Law, P.C.
C-2 Shipway Place
Charlestown, MA 02129
P: (617) 398-6728
F: (617) 389-6730
E: mernaysa@riverabujosalaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Mernaysa Rivera-Bujosa
Mernaysa Rivera Bujosa