UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SABA HASHEM, individually and as Manager of D'Angelo & Hashem, LLC,<br>    Plaintiff/Intervention-Defendant<br>v.<br><br>Stephen D'Angelo, individually and as a Manager of D'Angelo & Hashem, LLC, and D'Angelo Law Group; D'Angelo & Hashem, LLC; and D'Angelo Law Group, LLC.<br><br>    Defendants/Intervention-Defendants,<br>    Reach and Apply Defendants<br><br>v.<br><br>Jennifer M. Carrion,<br>    Intervention-Plaintiff | No. 1:16-cv-12383-IT |

## MOTION TO ALLOW WITHDRAWAL OF APPEARANCE
## OF ATTORNEY GALE GLAZER

Now comes Attorney Gale L. Glazer and moves to withdraw as counsel for Intervention-Plaintiff Jennifer M. Carrion.

Ms. Carrion has been represented in this matter by undersigned counsel and Attorney Michaela C. May and Attorney Wendy A. Kaplan. Last week Attorney Mernaysa Rivera-Bujosa filed her appearance as Lead Attorney for Ms. Carrion in this matter.

Undersigned counsel has conferred with Ms. Carrion, and she does not object to the granting of this motion. In addition to service of this Notice on counsel of record, a copy of this Notice has been mailed to Ms. Carrion this 16th day of August, 2017.

1

WHEREFORE, Attorney Glazer moves that the Court allow this Motion to Withdraw.

        Respectfully Submitted,

        /s/ Gale L. Glazer
        Gale L. Glazer, Esq., BBO No. 194660
        Font & Glazer
        20 Melrose Street
        Boston, MA 02116
        T: (617) 451-2500
        E: galeglazer@aol.com

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

I also mailed a copy to Intervention-Plaintiff:
    Jennifer Carrion
    668 Haverhill Street, Apt. # C
    Lawrence, MA 01841

        /s/ Gale L. Glazer
        Gale L. Glazer