UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SABA HASHEM, Individually and Derivatively on behalf of D'ANGELO & HASHEM, LLC<br>    Plaintiffs<br><br>v.<br><br>STEPHEN L. D'ANGELO<br>D'ANGELO LAW GROUP, LLC, and nominally, D'ANGELO & HASHEM, LLC<br>    Defendants | CIVIL ACTION NO:<br>1:16-CV-12383-IT |

**LIMITED APPEARANCE**

Kindly enter a LIMITED APPEARANCE for Attorney Matthew Braucher for the limited purpose of attending the Telephone Conference on August 31, 2017 at 10:15 a.m.

                                        Respectfully submitted,
                                        Stephen L. D'Angelo
                                        D'Angelo Law Group, LLC
                                        By their Attorneys,

Dated:    8-31-17                  /s/ Matthew R. Braucher
                                        Matthew R. Braucher, Esq.
                                        MA BBO # 667804
                                        Craig, Deachman & Amann, PLLC
                                        1662 Elm St., #100
                                        Manchester, NH 03101
                                        603-665-9111
                                        mbraucher@cda-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served via the Court's ECF filing system upon all counsel of record as of the date indicated below.

Dated:    8-31-17                  /s/ Matthew R. Braucher