UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SABA HASHEM, individually, and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN D'ANGELO, D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC. <br><br> Defendants. | Civil Action No. 16-cv-12383-IT |

## ORDER

TALWANI, D.J.

Presently before this court is Defendants' Motion for Protective Order [#78]. Defendants seek a protective order preventing certain disclosures by Santander Bank, N.A. and Enterprise Bank and Trust in response to Intervenor Plaintiff Jennifer Carrion's subpoenas duces tecum. As Defendants have not established that the requested disclosures are covered by attorney-client privilege, the Motion [#78] is DENIED. However, given the possibility that the requested disclosures may contain privileged information of D'Angelo and Hashem, LLC's clients, Carrion's counsel shall retain the documents obtained in response to the subpoenas for attorneys' eyes only. Once counsel reviews the documents, counsel may seek a further court order regarding use or disclosure of the documents.

IT IS SO ORDERED.

Date: January 11, 2018 /s/ Indira Talwani
United States District Judge