UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually, and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC. | * * * * | |
| Defendants. | * * | |

ORDER

May 21, 2018

TALWANI, D.J.

Presently before the court is Defendants Stephen L. D'Angelo, D'Angelo Law Group, LLC, and nominally D'Angelo & Hashem's <u>Assented-To Motion to Further Extend the Date by Which to Conduct Depositions</u> [#109]. This is Defendants' third motion to extend the time for discovery. <u>See</u> Def.s' Mot. to Extend Disc. Deadline to June 1, 2018 [#88]; Def.s' Mot. to Modify Disc. Deadlines to June 29, 2018 and Aug. 1, 2018, to Temporarily Stay All Disc. Until After Apr. 27, 2018 and to Temporarily Stay All Dep.s Until After June 30, 2018 [#96].

The parties shall schedule and notice all remaining depositions, and shall jointly file with the court a list of the scheduled depositions, by June 1, 2018. All outstanding depositions shall be completed by August 3, 2018.

Defendants have represented to the court that there remain six to eight discoverable case files which have not yet been produced due to logistical challenges. By May 25, 2018, Defendants shall file with the court a plan to review and produce those case files. Defendants shall also file the list of interrogatories that Defendants intend to serve on Intervenor Plaintiff

Jennifer Carrion by May 25, 2018. Finally, Defendants shall provide outstanding IOLTA statements to Carrion by May 25, 2018.

Any opposition to Plaintiff's <u>Motion for Attorney's Fees</u> [#105] shall be filed no later than May 22, 2018.

IT IS SO ORDERED.

Date: May 21, 2018                                                              /s/ Indira Talwani
                                                                                United States District Judge