# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Saba Hashem,</u> Plaintiff

<u>Jennifer Carrion</u>, Intervenor

                                          V.           CIVIL ACTION NO. <u>1:16-cv-12383-IT</u>

<u>Stephen L. D'Angelo,</u> Defendant

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

To Judge Talwani

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On <u>8/6/2018</u> I held the following ADR proceeding:**

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    \_\_\_X\_\_\_ MEDIATION _____ SUMMARY BENCH / JURY TRIAL _____ MINI-TRIAL

    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not  present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. A 60 day settlement order may issue.

**[ X ]**    **There was no progress in this case.  Please restore it to your trial list.**

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u>8/6/2018</u>                                       <u>Edward F. HARRINGTON, SDJ</u>
DATE                                             ADR Provider