UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually, and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC. | * * * * | |
| Defendants. | * | |

ORDER TO SHOW CAUSE

August 17, 2018

TALWANI, D.J.

On July 16, 2018, Plaintiff Saba Hashem filed a <u>Motion for an Order holding Defendants in Contempt of Court for Failing to Comply with the Court's May 8, 2018 and June 9, 2018 Orders</u> [#123]. Plaintiff asserts that Defendants Stephen D'Angelo, D'Angelo Law Group, LLC, and D'Angelo and Hashem, LLC, have failed to comply with this court's orders. He seeks an order holding Defendants in contempt, directing Defendants to comply with both orders forthwith, and imposing $1,000 monetary sanctions retroactive to May 25, 2018.

Defendants' response was due on July 30, 2018. <u>See</u> L.R. 7.1(b)(2) ("A party opposing a motion shall file an opposition within 14 days after the motion is served . . . ."). Defendants have filed no response.

Defendant D'Angelo is hereby ORDERED to appear in person on September 5, 2018, at 3:30 p.m. in Courtroom 9, John J. Moakley United States Courthouse, to show cause why Defendants should not be held in contempt of court as charged by Plaintiff for failing to comply with this court's orders, sanctioned in the amount of $1,000 per day retroactive to May 25, 2018, and ordered to comply forthwith with this court's orders.

IT IS SO ORDERED.

Date: August 17, 2018                                       /s/ Indira Talwani
                                                            United States District Judge