UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| Saba Hashem, Individually, and as a | ) | |
| Member of, and derivatively on behalf of, | ) | |
| D'Angelo and Hashem, LLC, | ) | |
| Plaintiff/Intervention Defendant, | ) | |
| v. | ) | Civil Action No: 1:16-cv-12383-IT |
| | ) | |
| Stephen L. D'Angelo, | ) | |
| D'Angelo and Hashem, LLC | ) | |
| and D'Angelo Law Group LLC, | ) | |
| Defendants/Intervention Defendants, | ) | |
| Reach and Apply Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jennifer M. Carrion, | ) | |
| Intervention Plaintiff. | ) | |

## AFFIDAVIT OF ALBERT L. FARRAH

1. My name is Albert Farrah. Since 1974 I have been licensed to practice law in Massachusetts.

2. I make this affidavit on my personal knowledge, except to the extent that any statements herein are made on information and belief, and I believe those statements to be true.

3. At all times pertinent hereto I have represented the plaintiff in the above action.

4. I make this affidavit to comply with this Court's September 5, 2018 ruling regarding attorney's fees.

5. I am a former assistant district attorney for Essex County and have argued cases before the First Circuit Court of Appeals as well as the Supreme Judicial Court.

6.  I specialize in civil litigation and have tried over 25 civil jury trials to verdict in both federal and state courts and settled numerous other Superior Court and Federal Court jury trials.

7.  In 1996 I secured that year's fourth largest Massachusetts jury verdict in the case of Poole v. Town of Rockport, C.A. #8877CV00534, and in 2013 I secured the seventh largest jury verdict in Massachusetts in the case of Tarshi v. Tarshi, C.A. #1177CV01968, and consolidated cases.

8.  I have achieved eight and seven-figure settlements for my clients and defended at least six cases where the amount sought exceeded $1 million. A link to the website of Farrah & Farrah, Attorneys at Law, and a description of some of the civil cases in which I have participated can be found at www.farrah-law.com.

9.  My current hourly rate in this matter is $335.   The current hourly rate of attorney Emma Kremer, who is assisting me, is $180. Atty. Kremer is a graduate of New England Law with over six years' experience in civil litigation. The rates we charge are very competitive and reflect the relatively low overhead of our office. We routinely oppose attorneys whose hourly rates for partners and associates far exceed those we are charging Mr. Hashem in this action.

10. From June 7, 2018 through September 10, 2018, Attorney Kremer and I spent the following time solely in connection with our efforts to secure an order holding defendants in contempt for failing to comply with the Court's (a) May 18, 2018 Order to produce IOLTA statements to the plaintiff by May 25, 2018 or otherwise report to the Court and (b) June 19, 2018 Order that defendants pay plaintiff's counsel $5,891.67 in attorney's fees.

11. All of the charges below are fair and reasonable.

12. The time records below do not include any charges for time spent communicating with defendants' counsel by email and in pperson, about defendants' faliures to comply with the court's orders, in particular the order pay to plaintiff's counsel $5,891.67 in attorney's fees.

| Date-2018 | Work Performed | Time | Charge |
|---|---|---|---|
| 6/7 | Dis. associate, research re: contempt | 1 | 335.00 |
| 6/7 | Associate: Research re: Sanctions | 1.5 | 270.00 |
| 7/5 | Associate: Draft Memo & Motion for Sanctions | 1.25 | 225.00 |
| 7/6 | Email intervonor's counsel re: contempt, review her draft motion | .33 | 111.67 |
| 7/10 | Associate: Revise Motion for Sanctions & Memo | 1 | 180.00 |
| 7/13 | Revising Motion for contempt and affidavit in support | 4 | 1,340.00 |
| 7/16 | Complete motion for contempt and affidavit | 2.5 | 837.50 |
| 9/5 | Prep. for, travel time and arguing motion for contempt | 1.33 | 446.67 |
| 9/10 | Prepare and file affidavit | .5 | <u>167.50</u> |
| | | **Total** | $3,913.34 |

**Signed under the pains and penalties of perjury this 10 day of September, 2018.**

  /s/  Albert L. Farrah, Jr., Esq.

**CERTIFICATE OF SERVICE**

SUFFOLK, ss.                                        September 10, 2018

      I hereby certify that a copy of this pleading was today served via the Court's CM/ECF filing system upon all registered users in this case, including counsel for defendants.

    /s/  Albert L. Farrah, Jr., Esq._____
    Albert L. Farrah, Jr., Esq.