UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff / Defendant-in-Counterclaim, | * * | |
| v. | * * | Civ. Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, individually and as a member of D'Angelo & Hashem, LLC, and D'Angelo Law Group; D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC, | * * * * * * * | |
| Defendants / Plaintiffs-in-Counterclaim | * * * | |
| JENNIFER M. CARRION, | * * | |
| Intervention-Plaintiff, | * * | |
| v. | * * | |
| SABA HASHEM, STEPHEN D'ANGELO, D'ANGELO & HASHEM, LLC, D'ANGELO LAW GROUP, LLC | * * * * | |
| Intervention-Defendants. | * | |

## JUDGMENT

TALWANI, D.J.

On September 5, 2018, the court awarded Plaintiff Attorney's fees incurred in bringing Plaintiff's Motion for an Order Holding Defendants in Contempt of Court [#123], and ordered Plaintiff to file a request for those fees. See [#134]. Plaintiff's counsel has filed an Affidavit [#135] outlining those fees. Defendant has not filed an objection. The court has reviewed

counsel's Affidavit [#133] and finds the requested fees to be reasonable. The court awards Plaintiff Attorney's fees in the amount of $3,913.34.

/s/Indira Talwani
United States District Judge

Date:   October 1, 2018