UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually, and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC. | * * * * | |
| Defendants. | * | |

ORDER TO SHOW CAUSE

October 26, 2018

TALWANI, D.J.

On September 5, 2018, the court awarded to Plaintiff his Attorney's fees incurred in bringing Plaintiff's Motion for an Order Holding Defendants in Contempt of Court [#123]. See [#134]. October 1, 2018, the court entered a Judgment [#137] setting the amount of the awarded fee at $3,913.34. Plaintiff Saba Hashem has now filed his Second Motion for Contempt [#144] in which he asserts that Defendants Stephen D'Angelo, D'Angelo Law Group, LLC, and D'Angelo and Hashem, LLC, have failed to comply with this court's Judgment [#137]. He seeks an order holding Defendants in contempt, directing Defendants to comply with the court's judgment forthwith, and imposing $1,000 per day as monetary sanctions beginning October 11, 2018, and continuing for each day thereafter that the Defendants continue to fail to pay the award.

Defendant D'Angelo is hereby ORDERED to appear in person on November 1, 2018, at 11:00 a.m. in Courtroom 9, John J. Moakley United States Courthouse, to show cause why Defendants should not be held in contempt of court, as charged by Plaintiff, for failing to comply with this court's Judgment [#137], and sanctioned in the amount of $1,000 per day beginning October 11, 2018, and continuing for each day thereafter that the Defendants fail to pay the award.

Defendant D'Angelo shall also be prepared to set forth any reasons as to why this court should not report Defendant D'Angelo's failure to comply with discovery obligations and court orders to the Massachusetts Board of Bar Overseers.

IT IS SO ORDERED.

Date: October 26, 2018                                              /s/ Indira Talwani
                                                                                    United States District Judge