UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Saba Hashem, Individually, and as a Member of, and derivatively on behalf of, D'Angelo and Hashem, LLC<br><br>Plaintiff<br>V.<br><br>Stephen L. D'Angelo, D'Angelo and Hashem, LLC and D'Angelo Law Group LLC<br><br>Defendants | Civil Action No: 1:16-cv-12383-IT |

## AFFIDAVIT OF ALBERT FARRAH

I. My name is Albert Farrah. At all times pertinent herto I have been counsel to the plaintiff in this action.

II. I make this affidavit for the purpose of submitting the following exhibits attached hereto that will assist the Court at today's hearing:

  A. October 23, 2018 Notice of Electronic Filing re: Memorandum In Support Of Second Motion For Contempt And Sanctions filed by Saba Hashem;

  B. October 24, 2018 email exchange between Albert Farrah and Aaron Leibowitz of Law360;

  C. October 24, 2018 Law360 Article by Aaron Leibowitz entitled *Suspended Atty Seeks Sanctions On Ex-Partner In Fee Fight*; and

  D. October 24, 2018 envelope postmarked in Manchester, NH from D'Angelo Law Group LLC to Albert Farrah with copy of enclosed check for $3,913.34.

1

Signed under penalties of perjury this 1st day of November, 2018.

                              /s/ Albert L. Farrah, Jr. Esq.
                              Albert L. Farrah, Jr., Esq.

## CERTIFICATE OF SERVICE

SUFFOLK, ss.                                                                             November 1, 2018

I hereby certify that a copy of this pleading was today served via the Court's CM/ECF filing system upon all registered users in this case, including counsel for defendants.

                              /s/ Albert L. Farrah, Jr., Esq.
                              Albert L. Farrah, Jr., Esq.