# Exhibit A

From: ECFnotice@mad.uscourts.gov
Subject: Activity in Case 1:16-cv-12383-IT Hashem v. D'Angelo Memorandum in Support of Motion
Date: October 23, 2018 at 10:36 AM
To: CourtCopy@mad.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Farrah, Albert on 10/23/2018 at 10:35 AM EDT and filed on 10/23/2018

**Case Name:**        Hashem v. D'Angelo
**Case Number:**      1:16-cv-12383-IT
**Filer:**            Saba Hashem
**Document Number:**  145

**Docket Text:**
**MEMORANDUM in Support re [144] Second MOTION for Contempt** *and Sanctions* **filed by Saba Hashem. (Farrah, Albert)**

**1:16-cv-12383-IT Notice has been electronically mailed to:**

Albert L. Farrah    alf@farrah-law.com

Joshua A. Burnett    jburnettlaw@comcast.net

Matthew R. Braucher    mbraucher@ba-lawgroup.com

Mernaysa Rivera-Bujosa    mernaysa@riverabujosalaw.com

Wendy A. Kaplan    wendykaplan@aol.com, admin@wendykaplan.com, briggenslaw@gmail.com, galeglazer@aol.com, louisfont@aol.com

William J. Amann    wamann@ba-lawgroup.com, cshaw@ba-lawgroup.com

**1:16-cv-12383-IT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/23/2018] [FileNumber=7935029-0] [73bba9e28c61ea912bb7cf22dacda3c194e71b6adf7442c47861e554b71fc44bc9 82d70d2a6015f6171dad1d2046207bf69d9dc36ff7bd35724862875bac65f5]]

# Exhibit B

From: **Farrah** alf@farrah-law.com
Subject: Re: Law360 reporter writing about Hashem v. D'Angelo case
Date: October 24, 2018 at 11:35 AM
To: Aaron Leibowitz aaron.leibowitz@law360.com



Mr. Leibowitz, It is my policy not to comment on pending litigation. I would like a copy of your article once it has run. Thank you.
Albert Farrah

Albert L. Farrah, Jr.
Farrah & Farrah
321 Columbus Avenue
Boston, MA 02116
617-742-7766
www.farrah-law.com

Direct Line: 617-694-1549
alf@farrah-law.com

Lawrence Office:
170 Lawrence Street
Lawrence, MA 01841
978-689-0007

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

IRS Circular 230 Notice: Pursuant to the Internal Revenue Service requirements we inform you that, unless specifically indicated otherwise, any tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by the recipient or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

On Oct 24, 2018, at 11:15 AM, Aaron Leibowitz <aaron.leibowitz@law360.com> wrote:

Hi Mr. Farrah,

I am a reporter with Law360 based in Boston and am writing a story today about the ongoing litigation involving your client Saba Hashem and Stephen D'Angelo.

Today's story will lead with Mr. Hashem's filing yesterday demanding nearly $15,000 for attorneys' fees plus sanctions. I will also provide background on the case, including Mr. Hashem's domestic violence conviction and the nature of the main ongoing dispute.

I wanted to give you and/or Mr. Hashem a chance to comment for the story, if you would like. Please let me know by email or at 914-960-2739. My deadline is around 1 pm.

Thank you,

Aaron Leibowitz

--
Aaron Leibowitz

Aaron Leibowitz

Reporter, Boston courts

Legal News & Data

111 W. 19th Street, 5th Floor

New York, NY 10011

914-960-2739

# Exhibit C

From: **Aaron Leibowitz** aaron.leibowitz@law360.com
Subject: Re: Law360 reporter writing about Hashem v. D'Angelo case
Date: October 25, 2018 at 9:51 AM
To: alf@farrah-law.com

Hi Mr. Farrah,

Here is the link: https://www.law360.com/articles/1094962

Since you will not be able to see the full text without a subscription, below is the text of the article, so you have it.

# Suspended Atty Seeks Sanctions On Ex-Partner In Fee Fight

Law360 (October 24, 2018, 5:34 PM EDT) -- A lawyer suspended from the Massachusetts bar after being convicted of assaulting his girlfriend said in a court filing Tuesday that his former partner is refusing to pay him fees for previous work in contempt of a federal judge's order.

Saba Hashem, who served a six-month jail term, sued his ex-partner for payments from personal injury cases and others he worked on previously. He said Stephen D'Angelo has defied U.S. District Judge Indira Talwani's Oct. 1 judgment awarding him almost $4,000 in fees.

Hashem is demanding sanctions of $1,000 per day for a total payment of almost $15,000.

"Twenty one days have passed since the court's order and, in what has become an all too familiar expression of contempt for the court and other parties, the D'Angelo defendants have refused to make payment," the filing says.

In June, Judge Talwani also awarded Hashem almost $6,000 in fees, but Hashem said D'Angelo has refused to make that payment as well, and has not been cooperative in the discovery process.

"There is no need for another recitation of the D'Angelo defendants' continuing disdain for this process and the court, and no need to explain why the relief sought is appropriate, except to say that plaintiff hereby incorporates by reference the arguments made in his earlier motions for sanctions against the D'Angelo defendants as if set forth herein," Hashem said Tuesday.

D'Angelo, who has offices in Boston, has said Hashem is entitled to reasonable payments for his work at their former firm, D'Angelo & Hashem LLC, but has argued Hashem had no standing to bring a suit for breaches of fiduciary duty because he was suspended from the bar when he filed it.

Hashem pled guilty in 2015 to domestic assault and battery for choking his girlfriend — who was his former client — in her apartment. He was sentenced to six months in jail and two years on supervised probation.

The Massachusetts Supreme Judicial Court cleared Hashem to work as a paralegal in June, according to online records from the Massachusetts Board of Bar Overseers, but

~~June, according to online records from the Massachusetts Board of Bar Overseers,~~ but he remains unlicensed as an attorney.

"Mr. Hashem is legally entitled to quantum meruit on cases that he worked on before his suspension," D'Angelo said in a January 2017 motion to dismiss. "He is legally and ethically entitled to nothing more, but that is what he seeks in this lawsuit."

Judge Talwani sent the case to alternative dispute resolution in August, but the parties could not reach an agreement.

Adding a layer to the litigation is an intervenor, Jennifer Carrion, a former receptionist at D'Angelo & Hashem who says the men owe her $544,000 after a 2011 jury verdict found that Hashem and the firm were liable for pregnancy discrimination against her. That ruling was partially upheld by the Massachusetts Appeals Court, with a retaliation claim dismissed.

"Neither Hashem nor [D'Angelo & Hashem] has paid Carrion a cent," she said in an April 2017 filing.

Carrion filed a second motion to compel discovery last week after her first one was denied.

Attorneys for Hashem and D'Angelo declined to comment Wednesday. An attorney for Carrion could not immediately be reached.

Hashem is represented by William J. Amann, Matthew R. Braucher and Joshua A. Burnett of Braucher & Amann PLLC.

D'Angelo is represented by Albert L. Farrah Jr. of Farrah & Farrah.

Carrion is represented by Wendy A. Kaplan of the Law Office of Wendy A. Kaplan and Mernaysa Rivera-Bujosa of Rivera Bujosa Law PC.

The case is Hashem v. D'Angelo, case number 1:16-cv-12383, in the U.S. District Court for the District of Massachusetts.

--Editing by DIpti Coorg.

On Thu, Oct 25, 2018 at 7:27 AM AlbertFarrah <alf@farrah-law.com> wrote:
  Hi. Can not open article. Could you send directly to me. Thanks. Al Farrah

  Sent from my iPhone

  On Oct 24, 2018, at 11:37 AM, Aaron Leibowitz <aaron.leibowitz@law360.com> wrote:

    Thanks for your response. I'll be happy to share a link once it's up.

    Best,
    Aaron

    On Wed, Oct 24, 2018 at 11:35 AM Farrah <alf@farrah-law.com> wrote:
      Mr. Leibowitz, It is my policy not to comment on pending litigation. I would like a copy of your article once it has run. Thank you. Albert Farrah

Albert L. Farrah, Jr.
Farrah & Farrah
321 Columbus Avenue
Boston, MA 02116
617-742-7766
www.farrah-law.com

Direct Line: 617-694-1549
alf@farrah-law.com

Lawrence Office:
170 Lawrence Street
Lawrence, MA 01841
978-689-0007

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the
Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or
legally privileged information, and (c) are for the sole use of the intended recipient named above. If you
have received this electronic message in error, please notify the sender and delete the
electronic message. Any disclosure, copying, distribution, or use of the contents of the information
received in error is strictly prohibited.

IRS Circular 230 Notice: Pursuant to the Internal Revenue Service requirements we inform you that,
unless specifically indicated otherwise, any tax advice contained in this e-mail, including any attachments,
is not intended or written to be used, and cannot be used, by the recipient or any other person for
the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii)
promoting, marketing, or recommending to another party any tax-related matter addressed herein.

On Oct 24, 2018, at 11:15 AM, Aaron Leibowitz <aaron.leibowitz@law360.com> wrote:

Hi Mr. Farrah,

I am a reporter with Law360 based in Boston and am writing a story
today about the ongoing litigation involving your client Saba Hashem
and Stephen D'Angelo.

Today's story will lead with Mr. Hashem's filing yesterday demanding
nearly $15,000 for attorneys' fees plus sanctions. I will also provide
background on the case, including Mr. Hashem's domestic violence
conviction and the nature of the main ongoing dispute.

I wanted to give you and/or Mr. Hashem a chance to comment for the
story, if you would like. Please let me know by email or at
914-960-2739. My deadline is around 1 pm.

Thank you,

Aaron Leibowitz

--
Aaron Leibowitz

Reporter, Boston courts

Legal News & Data

111 W. 19th Street, 5th Floor

New York, NY 10011

914-960-2739

--
Aaron Leibowitz
Reporter, Boston courts

LAW360
A LexisNexis® Company

Legal News & Data
111 W. 19th Street, 5th Floor
New York, NY 10011
914-960-2739

--
Aaron Leibowitz
Reporter, Boston courts

LAW360
A LexisNexis® Company

Legal News & Data
111 W. 19th Street, 5th Floor
New York, NY 10011
914-960-2739

# Exhibit D

MANCHESTER NH 030

24 OCT 2018 PM 3 1

USA
FOREVER

D'Angelo Law Group LLC
401 Andover St 282
North Andover, MA 01845

Albert Farrah Jr.
Farrah & Farrah
321 Columbus Avenue
Boston, MA 02116

02116-516899



**TD Bank**

**OFFICIAL CHECK**

20745548-8

52-0133
112

RE: DANGELO LAW GROUP LLC

DATE: 10/24/2018

PAY TO THE
ORDER OF ***ALBERT FARRAH JR.***
Three Thousand Nine Hundred Thirteen AND 34/100

$3,913.34

DRAWER: TD BANK, N.A.

AUTHORIZED SIGNATURE

⑈20745548⑈⑆ ⑈011201335⑈ 626500920 2⑈