```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
                          EASTERN DIVISION
```

| | |
|---|---|
| SABA HASHEM, Individually and }<br>Derivatively on behalf of }<br>D'ANGELO & HASHEM, LLC }<br>    Plaintiffs }<br>}<br>v. }<br>}<br>STEPHEN L. D'ANGELO }<br>D'ANGELO LAW GROUP, LLC, and }<br>nominally, D'ANGELO & HASHEM, LLC }<br>    Defendants }<br>} | CIVIL ACTION NO:<br>1:16-CV-12383-IT |

**WEEKLY STATUS UPDATE**

TO: JUDGE INDIRA TALWANI:

    NOW comes the undersigned, pursuant to Doc. No. 149, in which counsel was ordered to provide weekly updates to this Court on the status of his representation of Stephen L. D'Angelo and D'Angelo Law Group, LLC. On Wednesday, November 7, 2018, I sent an email to Stephen D'Angelo seeking confirmation and clarification of my role as defense counsel. To date, I have received no response. The undersigned is willing and able to continue as defense counsel in this case but at present is uncertain about his status.

Dated: 11-10-18                                          /s/ William J. Amann
                                                                  William J. Amann, Esq.
                                                                  MA BBO # 648511
                                                                  Braucher & Amann, PLLC
                                                                  54 Market Street
                                                                  Manchester, NH 03101
                                                                  603-486-1530
                                                                  wamann@ba-lawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date indicated below, a copy of the foregoing was served upon all registered users in this case via CM/ECF, e-mail, or first-class mail to the following parties:

Dated: 11-10-2018                                                  /s/   William J. Amann

Albert L. Farrah  
One Washington Mall  
5th floor  
Boston, MA 02108

Mernaysa Rivera-Bujosa  
Rivera Bujosa Law PC  
Shipway Place  
Unit C2  
Charlestown, MA 02129

Stephen D'Angelo, Esq.      sld@lawyeradvocates.com  
88 Crawford Road  
Chester NH United States