UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SABA HASHEM, individually and as a member of, and derivatively on behalf of, D'Angelo and Hashem, LLC, | * * * * | |
| Plaintiff / Defendant-in-Counterclaim, | * * | |
| v. | * * | Civ. Action No. 16-cv-12383-IT |
| STEPHEN D'ANGELO, individually and as a member of D'Angelo & Hashem, LLC, and D'Angelo Law Group; D'ANGELO LAW GROUP, LLC, and D'ANGELO AND HASHEM, LLC, | * * * * * * | |
| Defendants / Plaintiffs-in-Counterclaim | * * | |
| JENNIFER M. CARRION, | * * | |
| Intervention-Plaintiff, | * * | |
| v. | * * | |
| SABA HASHEM, STEPHEN D'ANGELO, D'ANGELO & HASHEM, LLC, D'ANGELO LAW GROUP, LLC | * * * | |
| Intervention-Defendants. | * | |

TEMPORARY RESTRAINING ORDER

November 16, 2018

TALWANI, D.J.

        This matter came before this court on an emergency basis on Intervention-Plaintiff's

Emergency Motion for Issuance of Preliminary Injunctions Against Intervention-

Defendants/Reach & Apply Defendants Stephen D'Angelo & D'Angelo Law Group LLC

[#155]. Upon the parties' agreement, this court now enters the following Temporary Restraining

Order and sets the Motion for Issuance of Preliminary Injunctions [#155] for further hearing on December 6, 2018.

Defendants Stephen D'Angelo and D'Angelo Law Group, LLC are hereby ORDERED to:

1. Promptly provide Intervention-Plaintiff with an accounting relating to the settlement in Lopez-Maldonado et al. v. Toll Brothers Inc., Suffolk Superior Court Case No. 1484-CV-01440-G, including the date of the settlement, the amount of the settlement, the amount of the settlement retained by Stephen D'Angelo or D'Angelo Law Group as attorneys' fees or costs, how the amounts retained by Stephen D'Angelo or D'Angelo Law Group were disbursed, and the balance of the attorney's fees and costs still held by D'Angelo Law Group or Stephen D'Angelo.

2. Hold the balance of attorney's fees and costs from Lopez-Maldonado et al. v. Toll Brothers Inc., Suffolk Superior Court Case No. 1484-CV-01440-G, in an escrow account.

3. Hold the balance of attorneys' fees and costs from all other cases that originated with D'Angelo & Hashem, LLC, still held by D'Angelo Law Group or Stephen D'Angelo, in an escrow account.

4. Defendants Stephen D'Angelo and D'Angelo Law Group, LLC, are enjoined, directly or indirectly, alone or in concert with others, effective immediately, from making any distributions of amounts from such escrow accounts or obtained from any cases originating from D'Angelo & Hashem, LLC, except that D'Angelo Law Group, LLC, maintains the right to pay normal and customary expenses occurred in the normal course of business. Such expenses may not include distributions to Stephen D'Angelo.

The above restrictions shall remain in place pending further hearing on Intervention-Plaintiff's Motion for Issuance of Preliminary Injunctions Against Intervention-Defendants/Reach & Apply Defendants Stephen D'Angelo & D'Angelo Law Group LLC [#155].

This Order is subject to modification by order of the court upon motion by any party.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

November 16, 2018
6:45 p.m.